1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD JOSE DUPREE, JR.,

11            Petitioner,                    No. CIV-S-10-3215 EFB (TEMP) P

12        vs.

13   JULIE CHEN, et al.,

14            Respondents.                   <u>ORDER</u>

15   _____/

16        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

18   affidavit or paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

19   will be provided the opportunity to either submit the appropriate affidavit in support of a request

20   to proceed in forma pauperis or submit the appropriate filing fee.

21        In accordance with the above, IT IS HEREBY ORDERED that:

22        1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

23   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

24   failure to comply with this order will result in the dismissal of this action; and

25   ////

26   ////

1

1      2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2  form used by this district.

3  DATED:  February 11, 2011.

4                                                    EDMUND F. BRENNAN

5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26