IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSE DUPREE, JR.,

    Petitioner,            No. CIV-S-10-3215 EFB (TEMP) P

  vs.

JULIE CHEN, et al.,

    Respondents.          ORDER
_____/

    Petitioner is a state prisoner proceeding without counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

    On February 11, 2011, the court ordered petitioner to file a completed request to proceed in forma pauperis or pay the filing fee within 30 days. Petitioner was warned that failure to do so would result dismissal. The 30-day period has expired and petitioner has not filed a request to proceed in forma pauperis or paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: March 18, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE